UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARITZA REYES,

        Plaintiff,

v.                                                 Case No.: 6:22-cv-1525-WWB-DCI

FLORIDA A&M UNIVERSITY BOARD
OF TRUSTEES (FAMU),

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. A Case Management and Scheduling Order (Doc. 26) was entered in this case on February 13, 2023, setting forth the deadlines governing motions practice and trial in this matter and setting trial for the December 2024 trial term. (*Id.* at 2). The parties are now set for a settlement conference with United States Magistrate Judge Leslie Hoffman Price on October 24, 2024. (Doc. 96). To promote timely and efficient resolution of any issues remaining unresolved after the settlement conference, it is **ORDERED** that the Case Management and Scheduling Order (Doc. 26) is **AMENDED** as follows:

| | |
|---|---|
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **November 22, 2024** |
| **Joint Final Pretrial Statement, (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form), Trial Briefs** | **December 2, 2024** |
| **Trial Status Conference**<br>                                                 Date:<br>                                                 Time:<br>                                                 Judge: | **December 10, 2024<br>9:00 a.m.<br>Judge Wendy W. Berger<br>Courtroom 3B** |

| **Trial Term Begins**<br>*A date certain for trial will be set at the Trial Status Conference for a date on or after the start of the Trial Term* | February 3, 2025<br>at 9:00 a.m. |
|---|---|

**DONE AND ORDERED** in Orlando, Florida on September 25, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2