UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARITZA REYES,**

    **Plaintiff,**

v.                                        **CASE NO.: 6:22-cv-1525-WWB-DCI**

**FLORIDA A&M
UNIVERSITY BOARD
OF TRUSTEES ("FAMU")**

    **Defendant.**
_____

### PLAINTIFF'S NOTICE OF UPDATED LOCAL RULE 3.01(g) CERTIFICATION FOR PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF DEADLINE TO FILE JOINT FINAL PRETRIAL STATEMENT

Plaintiff, Maritza Reyes, respectfully submits Plaintiff's Notice of Updated Local Rule 3.01(g) Certification for Plaintiff's Emergency Motion for Extension of Deadline to File Joint Final Pretrial Statement (the "Motion") (Doc. 133).

### UPDATED LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff certifies that she conferred in good faith with Defendant's counsel via phone and via email. Defendant opposes the Motion.

Dated this 29th day of November, 2024.

                                          Respectfully submitted,

                                          <u>/s/ Maritza Reyes</u>
                                          P.O. Box 5102
                                          Winter Park, FL 32793
                                          mreyesclaim@gmail.com
                                          305-308-8200

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 29, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice to Defendant's attorneys.

/s/ Maritza Reyes
Plaintiff
