# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARITZA REYES,

        Plaintiff,

v.                                                                                  Case No.: 6:22-cv-1525-WWB-DCI

FLORIDA A&M UNIVERSITY BOARD
OF TRUSTEES (FAMU),

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. A Case Management and Scheduling Order (Doc. 26) was entered in this case on February 13, 2023, setting forth the deadlines governing motions practice and trial in this matter, which the Court amended *sua sponte* on September 25, 2024. (Doc. 98).

After review of the record, the Court finds further amendment of the Case Management and Scheduling Order is appropriate to promote efficient disposition of the unresolved issues pending in this case. Therefore, it is **ORDERED** that the Case Management and Scheduling Order (Doc. 26), as amended by the Court's September 25, 2024 Order (Doc. 98), is **AMENDED** as follows:

| | |
|---|---|
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | March 7, 2025 |
| **Joint Final Pretrial Statement, (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form), Trial Briefs** | April 1, 2025 |
| **Trial Status Conference**<br>    Date:<br>    Time: | <br>April 8, 2025<br>10:00 a.m. |

| | Judge: | Judge Wendy W. Berger<br>Courtroom 3B |
|---|---:|---:|
| **Trial Term Begins**<br>*A date certain for trial will be set at the Trial Status Conference for a date on or after the start of the Trial Term* | | May 6, 2025<br>at 9:00 a.m. |

**DONE AND ORDERED** in Orlando, Florida on January 8, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party