UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARITZA REYES,**

    **Plaintiff,**

**v.**                                **CASE NO.: 6:22-cv-1525-WWB-DCI**

**FLORIDA AGRICULTURAL AND**
**MECHANICAL UNIVERSITY BOARD**
**OF TRUSTEES,**

    **Defendant.**
_____/

**DECLARATION OF SARAH REINER IN SUPPORT OF**
**DEFENDANT'S BILL OF COSTS**

    1.    My name is Sarah P. L. Reiner. I am a shareholder with the law firm GrayRobinson, P.A., and counsel in this action for Defendant, The Florida Agricultural and Mechanical University Board of Trustees ("FAMU").

    2.    The facts set forth in this Declaration are based upon my personal knowledge obtained within the scope and course of my representation of FAMU in this action, or from my law firm's records made at or near the time of the occurrence of the matters set forth therein that were made and kept in the regular course and practice of my law firm's regularly conducted business activities.

**EXHIBIT A**

## INDEX TO DEFENDANT FAMU'S REQUESTED COSTS

| Exhibit # | Date of Invoice | Description | Amount |
|---|---|---|---|
| 1 | 5/15/2024 | Invoice for the court reporter's cancellation fee for the deposition of Plaintiff, Maritza Reyes | $205.00 |
| 2 | 5/22/2024 | Invoice for the videographer's cancellation fee for the deposition of Plaintiff, Maritza Reyes | $295.00 |
| 3 | 5/24/2024 | Invoice for the court reporter's attendance fee for the deposition of Plaintiff, Maritza Reyes | $1,035.00 |
| 4 | 6/7/2024 | Invoice for videotape of the deposition of Plaintiff, Maritza Reyes | $1,829.00 |
| 5 | 6/12/2024 | Invoice for deposition transcript of Plaintiff, Maritza Reyes | $1,871.60 |
| 6 | 5/23/2024 | Invoice for an excerpt of the deposition transcript of Patricia Broussard | $215.00 |
| 7 | 7/19/2024 | Invoice for deposition transcript of President, Larry Robinson | $1,353.80 |
| 8 | 7/23/2024 | Invoice for deposition transcript of LeRoy Pernell | $1,178.55 |
| 9 | 7/26/2024 | Invoice for deposition transcripts of Patricia Broussard | $786.20 |
| **Total** | | | **$8,769.15** |

**EXHIBIT A**

3. Exhibits 1 and 2 are invoices reflecting costs incurred by Defendant as a result of the late cancellation of Plaintiff's deposition at Plaintiff's request less than 24 hours before the deposition was set to occur.

4. Exhibits 3 through 9 are true and correct copies of the invoices reflecting the costs incurred by Defendant related to the depositions referenced in the chart above.

5. The foregoing costs are correct as reflected by the supporting documentation, and such costs were necessarily and actually incurred by Defendant FAMU in its defense of this action by Plaintiff.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2025.

/s/ Sarah P. L. Reiner
**SARAH P. L. REINER, ESQ.**
Florida Bar No.: 520195
sarah.reiner@gray-robinson.com

#62687602 v1



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345970 | 5/15/2024 | 360582 |
| Job Date | Case No. | |
| 5/15/2024 | 622CV1525WWBEJK | |
| Case Name | | |
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board | | |
| Payment Terms | | |
| Due upon receipt | | |

TEL: 888-811-3408   lexitaslegal.com
fl.billing@lexitaslegal.com

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

LATE CANCELLATION OF DEPOSITION OF:
   Maritza Reyes                                                                                        205.00

                              TOTAL DUE   >>>                  $205.00
                              AFTER 6/29/2024  PAY             $225.50

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

Invoice No.   : 345970
Invoice Date  : 5/15/2024
**Total Due**   : **$205.00**

Remit To: **Lexitas**
         **PO Box 734298 Dept. 2034**
         **Dallas, TX 75373-4298**

Job No.      : 360582
BU ID        : FL-CENTRAL
Case No.     : 622CV1525WWBEJK
Case Name    : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

Exhibit 1

# INVOICE

1 of 2



TEL: 888-811-3408
fl.billing@lexitaslegal.com
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 346812 | 5/22/2024 | 360582 |
| Job Date | Case No. | |
| 5/15/2024 | 622CV1525WWBEJK | |
| Case Name | | |
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board | | |
| Payment Terms | | |
| Due upon receipt | | |

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

APPEARANCE OF VIDEOGRAPHER:
 Maritza Reyes    0.00
  Videographer Attendance: In-Person Minimum   1.00 Unit(s) @ 295.000   295.00

**TOTAL DUE >>>**   **$295.00**
AFTER 7/6/2024 PAY   $324.50

Late cancellation

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

Invoice No.  : 346812
Invoice Date  : 5/22/2024
**Total Due**  : **$295.00**

Remit To: **Lexitas**
  **PO Box 734298 Dept. 2034**
  **Dallas, TX 75373-4298**

Job No.  : 360582
BU ID  : FL-CENTRAL
Case No.  : 622CV1525WWBEJK
Case Name  : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

Exhibit 2

# I N V O I C E

1 of 2



TEL: 888-811-3408  
fl.billing@lexitaslegal.com  
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 347526 | 5/29/2024 | 362459 |
| Job Date | Case No. | |
| 5/24/2024 | 622CV1525WWBEJK | |
| Case Name | | |
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board | | |
| Payment Terms | | |
| Due upon receipt | | |

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

APPEARANCE OF REPORTER:  
   Maritza Reyes

| | | | | |
|---|---|---|---|---|
| Deposition: Not Transcribed - First Hour | 1.00 | Hour(s) @ | 110.000 | 110.00 |
| Deposition: Not Transcribed - Additional Hour | 7.00 | Hour(s) @ | 95.000 | 665.00 |
| Deposition: Not Transcribed - After 5 PM - Overtime | 1.00 | Hour(s) @ | 125.000 | 125.00 |
| Deposition: Live/In-Person Reporter Fee | 1.00 | @ | 135.000 | 135.00 |
| Estimated Page Count (Untranscribed Proceeding) | 324.00 | Pages @ | 0.000 | 0.00 |

**TOTAL DUE   >>>**   **$1,035.00**  
AFTER 7/13/2024  PAY   $1,138.50

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice.   At 30 days past the payment due date, a 1.5% monthly surcharge may be added.  Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date.  No adjustments will be made to invoices after 90 days.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

Invoice No.   : 347526  
Invoice Date  : 5/29/2024  
**Total Due**     : **$1,050.53**

Remit To: **Lexitas**  
     **PO Box 734298 Dept. 2034**  
     **Dallas, TX 75373-4298**

Job No.      : 362459  
BU ID        : FL-CENTRAL  
Case No.     : 622CV1525WWBEJK  
Case Name    : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

Exhibit 3

# I N V O I C E
2 of 2



TEL: 888-811-3408  
fl.billing@lexitaslegal.com  
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 347526 | 5/29/2024 | 362459 |
| **Job Date** | **Case No.** | |
| 5/24/2024 | 622CV1525WWBEJK | |
| **Case Name** | | |
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

|  | ( - ) Payments/Credits: | 0.00 |
|---|---|---|
|  | (+) Finance Charges/Debits: | 15.53 |
|  | (=) New Balance: | **$1,050.53** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

Invoice No.   : 347526  
Invoice Date  : 5/29/2024  
**Total Due**    : **$1,050.53**

Remit To: **Lexitas**  
**PO Box 734298 Dept. 2034**  
**Dallas, TX 75373-4298**

Job No.    : 362459  
BU ID      : FL-CENTRAL  
Case No.   : 622CV1525WWBEJK  
Case Name  : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

Exhibit 3

# I N V O I C E

1 of 2



TEL: 888-811-3408
fl.billing@lexitaslegal.com
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349209 | 6/7/2024 | 362459 |
| **Job Date** | **Case No.** ||
| 5/24/2024 | 622CV1525WWBEJK ||
| **Case Name** |||
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |||
| **Payment Terms** |||
| Due upon receipt |||

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

VIDEOGRAPHY OF:
   Maritza Reyes     1,829.00

**TOTAL DUE  >>>**     **$1,829.00**
AFTER 7/22/2024  PAY     $2,011.90

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice.   At 30 days past the payment due date, a 1.5% monthly surcharge may be added.  Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date.  No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details.  To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

**Tax ID:** 46-4363191

Please detach bottom portion and return with payment.

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

| Invoice No. | : 349209 |
|---|---|
| Invoice Date | : 6/7/2024 |
| **Total Due** | **: $1,856.44** |

Remit To: **Lexitas**
       **PO Box 734298 Dept. 2034**
       **Dallas, TX 75373-4298**

| Job No. | : 362459 |
|---|---|
| BU ID | : FL-CENTRAL |
| Case No. | : 622CV1525WWBEJK |
| Case Name | : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |

Exhibit 4

# I N V O I C E

2 of 2



**TEL: 888-811-3408**    lexitaslegal.com
fl.billing@lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349209 | 6/7/2024 | 362459 |
| Job Date | Case No. ||
| 5/24/2024 | 622CV1525WWBEJK ||
| Case Name |||
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |||
| Payment Terms |||
| Due upon receipt |||

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

|  | (-) Payments/Credits: | 0.00 |
|---|---|---|
|  | (+) Finance Charges/Debits: | 27.44 |
|  | (=) New Balance: | **$1,856.44** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner
Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801

Invoice No.   : 349209
Invoice Date  : 6/7/2024
**Total Due**    : **$1,856.44**

Job No.       : 362459
BU ID         : FL-CENTRAL
Case No.      : 622CV1525WWBEJK
Case Name     : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

**Remit To: Lexitas**
   **PO Box 734298 Dept. 2034**
   **Dallas, TX 75373-4298**

Exhibit 4



TEL: 888-811-3408  
fl.billing@lexitaslegal.com  
lexitaslegal.com

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349506 | 6/12/2024 | 362459 |
| **Job Date** | **Case No.** ||
| 5/24/2024 | 622CV1525WWBEJK ||
| **Case Name** |||
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |||
| **Payment Terms** |||
| Due upon receipt |||

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

VIDEO RECORDED DEPOSITION TRANSCRIPT OF:

| | | |
|---|---|---|
| Maritza Reyes | | 1,821.60 |
| Paperless Delivery: One tree will be planted in your honor! | 1.00 | |
| Maritza Reyes -Exhibits | | 50.00 |
| **TOTAL DUE >>>** | | **$1,871.60** |
| AFTER 7/27/2024 PAY | | $2,058.76 |

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

| | |
|---|---|
| Invoice No. | : 349506 |
| Invoice Date | : 6/12/2024 |
| **Total Due** | : **$1,871.60** |

Remit To: **Lexitas**  
**PO Box 734298 Dept. 2034**  
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 362459 |
| BU ID | : FL-CENTRAL |
| Case No. | : 622CV1525WWBEJK |
| Case Name | : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |

Exhibit 5

# I N V O I C E

2 of 2



TEL: 888-811-3408  
fl.billing@lexitaslegal.com  
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349506 | 6/12/2024 | 362459 |
| **Job Date** | **Case No.** ||
| 5/24/2024 | 622CV1525WWBEJK ||
| **Case Name** |||
| Maritza Reyes vs. The Florida Agricultural and Mechanical University Board |||
| **Payment Terms** |||
| Due upon receipt |||

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,871.60** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sarah P.L. Reiner  
Gray Robinson, P.A.  
301 East Pine Street  
Suite 1400  
Orlando, FL 32801

Invoice No.   : 349506  
Invoice Date  : 6/12/2024  
**Total Due**     : **$1,871.60**

Remit To: **Lexitas**  
**PO Box 734298 Dept. 2034**  
**Dallas, TX 75373-4298**

Job No.    : 362459  
BU ID      : FL-CENTRAL  
Case No.   : 622CV1525WWBEJK  
Case Name  : Maritza Reyes vs. The Florida Agricultural and Mechanical University Board

Exhibit 5



# INVOICE

| | | |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Payment Terms** |
| 20240689883-12 | 5/23/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6611951 | 5/16/2024 | $215.00 |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 4076499193  Fax: 407-245-7099**

| **Case Name** |
|---|
| Maritza Reyes v. Florida A&M University Board of Trustees |

**Sarah Reiner, Esquire**
**GrayRobinson**
**301 East Pine Street # # 1400**
**Orlando FL 32801**

| **Case No.** |
|---|
| 622cv1525WWBDCI |

| **Job Location** | **Ordered By** | **Reference Info.** |
|---|---|---|
| U.S. Legal Support - Orlando<br>Center State Bank Building 20 North Orange Avenue Suite 1208<br>Orlando FL 32801 | Sarah Reiner, Esquire<br>GrayRobinson<br>301 East Pine Street # # 1400<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Patricia Broussard - Excerpt | | | | |
| Copy | 11.00 | Pages | Minimum | $150.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Exhibit | 118.00 | Pages | $0.65 | $76.70 |

***Credit of $76.70 applied - remove exhibit charges***

| | |
|---|---|
| **Total Due** | **$291.70** |
| AFTER 7/7/2024 PAY | $258.76 |
| (-) Payments/Credits | $76.70 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $215.00 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                                                                     Phone: 407-843-8880

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Sarah Reiner, Esquire
GrayRobinson
301 East Pine Street # # 1400
Orlando FL 32801

| **Invoice No.** | 20240689883-12 | **Invoice Date** | 5/23/2024 |
|---|---|---|---|
| **Job No.** | 6611951 | **Case No.** | 622cv1525WWBDCI |
| **Total Due** | **$215.00** | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**              **Phone:**

**Billing Address:**

**Zip:**                    **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

Exhibit 6



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240734221-12 | 7/19/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6635596 | 6/20/2024 | $1,353.80 |

**Case Name**

Maritza Reyes v. Florida A&M University Board of Trustees

**Case No.**

622cv1525WWBDCI

SE - ORLANDO
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 407-649-9193  Fax: 407-245-7099

Sarah Reiner, Esquire
GrayRobinson
301 East Pine Street # # 1400
Orlando FL 32801

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Orlando<br>Center State Bank Building 20 North Orange Avenue Suite 1208<br>Orlando FL 32801 | Sarah Reiner, Esquire<br>GrayRobinson<br>301 East Pine Street # # 1400<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Larry Robinson | | | | |
| Copy | 330.00 | Pages | $3.50 | $1,155.00 |
| Exhibit | 202.00 | Pages | $0.65 | $131.30 |
| Exhibits (Color) | 2.00 | Pages | $1.25 | $2.50 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| **Total Due** | | | | **$1,353.80** |
| AFTER 9/2/2024 PAY | | | | $1,556.87 |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $0.00 |
| (=) New Balance | | | | $1,353.80 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                Phone: 407-843-8880

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Sarah Reiner, Esquire
GrayRobinson
301 East Pine Street # # 1400
Orlando FL 32801

| Invoice No. | 20240734221-12 | Invoice Date | 7/19/2024 |
|---|---|---|---|
| Job No. | 6635596 | Case No. | 622cv1525WWBDCI |
| Total Due | $1,353.80 | | |

Remit To:  U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**     AMEX  MasterCard  VISA

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**                    **Phone:**

**Billing Address:**

**Zip:**                    **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

Exhibit 7



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240736809-12 | 7/23/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6607261 | 5/9/2024 | $1,178.55 |

| Case Name |
|---|
| Maritza Reyes v. Florida A&M University Board of Trustees |

| Case No. |
|---|
| 622cv1525WWBDCI |

**SE - ORLANDO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 407-649-9193  Fax: 407-245-7099**

**Sarah Reiner, Esquire**
**GrayRobinson**
**301 East Pine Street # # 1400**
**Orlando FL 32801**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Orlando<br>Center State Bank Building 20 North Orange Avenue Suite 1208<br>Orlando FL 32801 | Sarah Reiner, Esquire<br>GrayRobinson<br>301 East Pine Street # # 1400<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: LeRoy Pernell | | | | |
| Copy | 289.00 | Pages | $3.50 | $1,011.50 |
| Exhibit | 157.00 | Pages | $0.65 | $102.05 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | | **Total Due** | | **$1,178.55** |
| | | AFTER 9/6/2024 PAY | | $1,355.33 |
| | | **(-) Payments/Credits** | | **$0.00** |
| | | **(+) Finance Charges/Late Fees** | | **$0.00** |
| | | **(=) New Balance** | | **$1,178.55** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                       Phone: 407-843-8880

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| | | | | |
|---|---|---|---|---|
| Sarah Reiner, Esquire<br>GrayRobinson<br>301 East Pine Street # # 1400<br>Orlando FL 32801 | **Invoice No.** | 20240736809-12 | **Invoice Date** | 7/23/2024 |
| | **Job No.** | 6607261 | **Case No.** | 622cv1525WWBDCI |
| | **Total Due** | $1,178.55 | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**     

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**         **Phone:**

**Billing Address:**

**Zip:**            **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

Exhibit 8



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240740302-12 | 7/26/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6611951 | 5/16/2024 | $786.20 |

| Case Name |
|---|
| Maritza Reyes v. Florida A&M University Board of Trustees |

| Case No. |
|---|
| 622cv1525WWBDCI |

SE - ORLANDO
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 407-649-9193  Fax: 407-245-7099

Sarah Reiner, Esquire
GrayRobinson
301 East Pine Street # # 1400
Orlando FL 32801

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Orlando<br>Center State Bank Building 20 North Orange Avenue Suite 1208<br>Orlando FL 32801 | Sarah Reiner, Esquire<br>GrayRobinson<br>301 East Pine Street # # 1400<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Patricia Broussard | | | | |
| Copy | 227.00 | Pages | $3.50 | $794.50 |
| Exhibit | 118.00 | Pages | $0.65 | $76.70 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

***Credit Applied for $150.00, for the discount of the excerpt costs***

| | |
|---|---|
| Total Due | $936.20 |
| AFTER 9/9/2024 PAY | $926.63 |
| (-) Payments/Credits | $150.00 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $786.20 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                Phone: 407-843-8880

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Sarah Reiner, Esquire
GrayRobinson
301 East Pine Street # # 1400
Orlando FL 32801

| Invoice No. | 20240740302-12 | Invoice Date | 7/26/2024 |
|---|---|---|---|
| Job No. | 6611951 | Case No. | 622cv1525WWBDCI |
| Total Due | $786.20 | | |

Remit To: U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Exhibit 9