UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARITZA REYES,**

    **Plaintiff,**

v.                                           CASE NO.: 6:22-cv-1525-WWB-DCI

**FLORIDA A&M
UNIVERSITY BOARD
OF TRUSTEES ("FAMU")**

    **Defendant.**

_____

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Maritza Reyes, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the Order [on Defendant's Motion for Summary Final Judgment] (Doc. 153), which was entered on January 10, 2025, and the Judgment in a Civil Case (Doc. 154), which was entered on January 13, 2025.

Dated this 10th day of February, 2025.

    Respectfully submitted,

    /s/ Maritza Reyes
    P.O. Box 5102
    Winter Park, FL 32793
    mreyesclaim@gmail.com
    305-308-8200

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice to Defendant's attorneys.

    /s/ Maritza Reyes
    Plaintiff